**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-8104**
_____

ALPHONSO SIMPSON,

                   Plaintiff - Appellant,

          v.

JAME UTTLEY,

                   Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  Malcolm J. Howard, Senior District Judge.  (7:08-cv-00034-H)

_____

Submitted:  April 23, 2009          Decided:  April 30, 2009

_____

Before MICHAEL, GREGORY, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Alphonso Simpson, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alphonso Simpson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Simpson v. Uttley, No. 7:08-cv-00034-H (E.D.N.C. Sept. 8, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED